

**GRANTED WITH AMENDMENTS**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

BY THE COURT:

Mark D. Thompson
District Court Judge
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| DISTRICT COURT, SUMMIT COUNTY, COLORADO<br>501 North Park Avenue<br>Post Office Box 269<br>Breckenridge, Colorado  80424 | ▲COURT USE ONLY▲ |
| Plaintiffs:     JOHN AND NANCY NEWMAN<br><br>v.<br><br>Defendants: MICHAEL D. HARLAN and JL SMITH TRUCKING COMPANY | Case Number:  2012CV245<br>Division:  T |
| **ORDER GRANTING**<br>**DEFENDANTS'** *UNOPPOSED* **MOTION FOR ENLARGEMENT OF TIME**<br>**TO FILE THEIR ANSWER(S) AND/OR OTHER RESPONSIVE PLEADINGS,**<br>**INCLUDING NOTICE OF REMOVAL** | |

The Court, having reviewed Defendants' *Unopposed* Motion for Enlargement of Time to File their Answer(s) and/or other Responsive Pleadings, including Notice of Removal to federal court, any response and reply thereto, and being fully advised in the premises, finds good cause to grant the Motion.

IT IS ORDERED that this case is automatically stayed due to the Chapter 7 bankruptcy filing of Defendant J. L. Smith Trucking Company in Case Number 10-11943-swd of the United States Bankruptcy Court for the Western District of Michigan.

IT IS FURTHER ORDERED Defendants shall file their Answer(s) and/or other responsive pleadings to Plaintiffs' Complaint, including Notice of Removal, on a date up to and including thirty (30) days after the U.S. Bankruptcy Court in the State of Michigan orders the automatic stay lifted, should that Court enter an Order stating same.

DONE this _____ day of _____, 2012.

_____
MARK D. THOMPSON
DISTRICT COURT JUDGE

This document constitutes a ruling of the court and should be treated as such.

**Court:** CO Summit County District Court 5th JD

**File & Serve Transaction ID:** 46088276

**Current Date:** Aug 28, 2012

**Case Number:** 2012CV245

**Case Name:** NEWMAN, JOHN et al vs. HARLAN, MICHAEL D et al

**Court Authorizer Comments:**

This case shall be administratively closed pending the filing of the responsive pleading(s) contemplated by this Order. Such pleadings should be accompanied by a motion to reopen with reference to this Order.

**/s/ Judge Thompson, Mark**