UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In re:

J.L. SMITH TRUCKING CO.,                         Case No. DT 10-11943
                                                 Hon. Scott W. Dales

             Debtor.
_____/


ORDER CONVERTING CASE UNDER CHAPTER 11 TO CASE UNDER CHAPTER 7

              PRESENT:    HONORABLE SCOTT W. DALES
                          United States Bankruptcy Judge

        A party in interest other than the debtor has filed a motion in accordance with 11 U.S.C. §
1112(b) seeking to convert this case to a case under Chapter 7 of the Bankruptcy Code (Title 11
of the United States Code).  The court finds, after notice and a hearing, that the motion should be
granted.

        NOW, THEREFORE, IT IS HEREBY ORDERED that:

1.      This Chapter 11 case is converted to a case under Chapter 7.  The United States
        Trustee has designated **Kelly M. Hagan** to serve as interim trustee.

2.      The debtor or the Chapter 11 trustee shall:

        a.  forthwith turn over to the Chapter 7 trustee all records and property of the
        estate under its custody and control, as required by Bankruptcy Rule 1019(4);

        b.  within thirty (30) days after entry of this Order, file an accounting of all
        receipts and distributions made, together with a schedule of all unpaid debts
        incurred after the commencement of the Chapter 11 case, as required by
        Bankruptcy Rule 1019(5)(A); and

        c.  file all tax returns required by any order of this court and provide W-2 forms to
        employees within thirty (30) days after entry of this Order.

3.      The debtor shall file an amended matrix listing all parties entitled to notice and
        shall file the statements and schedules required by Bankruptcy Rules 1019(1)(A)
        and 1007(b) within fourteen (14) days after entry of this Order.

**EXHIBIT D**

4.      If this case is converted <u>after confirmation of a plan</u>, the debtor shall file a statement of intention [B.R. 1019(1)(B) and the schedules required by B.R. 1019(5)(C)].

5.      Claims filed in this case need not be re-filed.  See notice of § 341 meeting for the deadline for filing claims.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon J.L. Smith Trucking Co., Wallace H. Tuttle, Esq., Kelly M. Hagan, Chapter 7 trustee, the United States Trustee, and all parties listed on the mailing matrix herein.

END OF ORDER

**IT IS SO ORDERED.**                    Scott W. Dales
                                                             United States Bankruptcy Judge

**Dated: March 17, 2011**