UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

J.L. SMITH TRUCKING CO.,

    Debtor.

Case No. HT 10-11943

_____/

### ORDER RE: NEWMANS' AUGUST 29, 2012 MOTION - RELIEF FROM STAY

At a session of said Court of Bankruptcy, held in and for said district on _____SEP 2 4_____.

PRESENT:    HONORABLE JEFFREY R. HUGHES
                   United States Bankruptcy Judge

On August 29, 2012, John and Nancy Newman (the "Newmans") filed a document entitled "Motion for Relief from Automatic Stay to Pursue Insurance Proceeds and Waiving Provision of FRBP 4001(a)(3)." The Newmans served the motion pursuant to LBR 9013. They have also filed a certificate of no timely objection pursuant to the local rule.

The automatic stay is modified to permit the Newmans to continue to judgment with respect to the Colorado State Action (a defined term in the August 29, 2012 motion). However, enforcement of the judgment will only be with respect to the Newmans' recovery, if any, against available insurance policies.

This modification of the stay is also effective immediately notwithstanding FED. R. BANKR. P. 4001(a)(3).

                                                        9/24/12
                                     Hon. Jeffrey R. Hughes
                                     United States Bankruptcy Judge

A copy of this order has been returned to **Greg J. Ekdahl, Esq.**, for service by mail or other permitted method upon those other parties not served by the CM/ECF electronic notification procedure.

**EXHIBIT F**