IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action Number:  1:12-cv-02797-REB-KMT

NANCY NEWMAN, individually and as Personal Representative of The Estate of John Newman,

    Plaintiffs

v.

MICHAEL D. HARLAN and
J. L. SMITH TRUCKING CO.

    Defendants

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS PLAINTIFF NANCY NEWMAN'S CLAIMS WITH PREJUDICE**

---

**Blackburn, J.**

The matter is before the court on the **Stipulated Motion To Dismiss Plaintiff Nancy Newman's Claims with Prejudice** [#100][1] filed September 11, 2014.  After reviewing the motion and the record, the court has concluded that the motion should be granted.  The Court notes that the claims of the Estate of John Newman, Deceased, remain pending before this Court.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion to Dismiss Plaintiff Nancy Newman's Claims with Prejudice** [#100] filed September 11, 2014, is **GRANTED**; and

2. That the claims of plaintiff, Nancy Newman as an individual, against

---

[1]  "[#100]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

defendants, Michael D. Harlan and J. L. Smith Trucking Co., are **DISMISSED WITH PREJUDICE**, with each party  to pay their own attorney fees and costs.

Dated September 11, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge