**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action Number:  12-cv-02797-REB-KMT

NANCY NEWMAN, individually and as Personal Representative of The Estate of John Newman,

    Plaintiffs

v.

MICHAEL D. HARLAN and
J. L. SMITH TRUCKING CO.

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss Plaintiff's Remaining Claims with Prejudice** [#118],[1] filed October 19, 2015.  After careful review of the motion and the file, I conclude that the motion should be granted and that the claims of plaintiff, Nancy Newman as Personal Representative of The Estate of John Newman, against defendants, Michael D. Harlan and J.L. Smith Trucking Co., which constitute all remaining claims in this matter (*see* **Order Approving Settlement as to Plaintiff Nancy Newman** [#96], filed August 25, 2014 (dismissing claims of plaintiff Nancy Newman, individually) should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Plaintiff's Remaining Claims with Prejudice** [#118], filed October 19, 2015, is granted;

---

[1] "[#118]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That the claims of plaintiff, Nancy Newman as Personal Representative of The Estate of John Newman, against defendants, Michael D. Harlan and J.L. Smith Trucking Co., are dismissed with prejudice, with the affected parties to pay their own attorney fees and costs; and

3. That this case is closed.

Dated October 20, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge